UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
Taharka Omowale
    Plaintiff,                     Index No. 09-10967 (AJG)

                                     Adversary Case No. 09-01355

vs.                                Stipulation of Discontinuance
                                     With Prejudice

Martin Druyan and Associates
       Defendant.
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and the same hereby is discontinued with prejudice as against, Martin Druyan and Associates, without costs to any party as against the others. This stipulation shall be so-ordered by the Court.

      IT IS HEREBY FURTHER STIPULATED AND AGREED, by the undersigned, that a facsimile signature shall act as original signatures.

Dated: August 26, 2009

BLEICHMAN AND KLEIN        MARTIN DRUYAN AND ASSOCIATES

By: s/Joshua N. Bleichman         By: s/Martin Druyan
    Joshua N. Bleichman               Martin Druyan

                                   So Ordered:

August 31, 2009

                                   **s/Arthur J. Gonzalez**
                                   Judge Arthur J. Gonzalez